**Opinion filed April 22, 2010**



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00079-CV

_____

## IN THE MATTER OF THE ESTATE OF
## JIMMY RAY BURNS, DECEASED

**On Appeal from the 220th District Court**

**Comanche County, Texas**

**Trial Court Cause No. CCCV-09-10909**

### M E M O R A N D U M   O P I N I O N

June Lederer has filed in this court a motion to dismiss her appeal. The motion is granted, and the appeal is dismissed.

PER CURIAM

April 22, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.